# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-562
_____

MARK A. BROWNE,

    Petitioner,

v.

HOLLY E. BLANTON-BROWNE,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

January 22, 2019

PER CURIAM.

    DENIED on the merits.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark A. Browne, pro se, Petitioner.

Nicholas Martino, Jacksonville, for Respondent.